```
IN THE UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF ARKANSAS
         FAYETTEVILLE DIVISION
```

RAYMOND SETZKE                                                  PLAINTIFF

            v.           Civil No. 04-5064

CPL. RED FERN, OFFICER STOUT,
and OFFICER FARBER of the Washington
County Sheriff's Office / Detention Center             DEFENDANTS

## **ORDER**

NOW on this 6th day of September 2005, comes on for consideration the Magistrate Judge's Report and Recommendation (document #36), filed on July 25, 2005, and the Court, being well and sufficiently advised, that, despite its Order of August 10, 2005 extending plaintiff's time to respond to the Report and Recommendation, there has been no objection, finds that the Report and Recommendation should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that, for the reasons set forth therein, the Magistrate Judge's Report And Recommendation is adopted in toto. Accordingly, defendants' motion for summary judgment is granted and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNTED STATES DISTRICT JUDGE